UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>-against-<br><br>$424,753 IN UNITED STATES CURRENCY,<br><br>                      Defendant-*in-rem*. | Case No. 1:23-cv-03151<br>(JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      By separate Order, the Court has entered a Judgment of Forfeiture in this case. The Clerk of Court is respectfully directed to terminate all pending motions and to CLOSE this case.

Dated: July 21, 2023
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge